# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00590-CV

**W. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-001416, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant W.W. filed her notice of appeal on September 15, 2014. The appellate record was complete October 22, 2014, making appellant's brief due November 11, 2014. To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits affecting the parent-child relationship filed by a governmental entity for managing conservatorship. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than December 1, 2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 13, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin